# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARIO ACCOMANDO,
                    Appellant,
           vs.
GEORGANN ROSE ACCOMANDO,
                    Respondent.

No. 83716

FILED

DEC 13 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order awarding temporary spousal support and making other temporary orders. Eighth Judicial District Court, Family Court Division, Clark County; Amy Mastin, Judge.

Review of the notice of appeal and other documents before this court reveals a jurisdictional defect. The challenged order is not appealable. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"); *see generally In re Temporary Custody of Five Minor Children*, 105 Nev. 441, 777 P.2d 901 (1989) (stating that no appeal may be taken from a temporary order subject to periodic mandatory review). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

21-35380

cc: Hon. Amy Mastin, District Judge, Family Court Division
Mario Accomando
Reza Athari & Associates, PLLC.
Eighth District Court Clerk